United States District Court
for the
Southern District of Florida

| | |
|---|---|
| John Luca, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 20- 60004-Civ-Scola |
| | ) |
| Kudulis, Reisinger, and Price, LLC, | ) |
| Defendant. | ) |

### Order of Dismissal

The Plaintiff has dismissed this case without prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Notice of Vol. Dismissal, ECF No. 4). The Court directs the Clerk to **close** this case.

The Court also **grants** the Plaintiff's motion for a refund of the filing $400 fee. (**ECF No. 5**.) The Plaintiff says he filed this case in error: it is an exact duplicate of an earlier filed case, assigned to another judge in this district. The Plaintiff submits he immediately contacted the Court's Help Desk after accidentally filing the case, but because of a delay there, the errant filing was assigned to this Court before it could be simply administratively closed, without Court intervention. The Court thus directs the Court's Financial Deputy to process the necessary documents required to **refund the $400 filing fee** to the Plaintiff.

Any other pending motions are **denied as moot**.

**Done and ordered** at Miami, Florida on January 9, 2020.

_____
Robert N. Scola, Jr.
United States District Judge